UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE GUADALUPE VILLEGAS-GAMEZ,<br><br>　　　　　Defendant. | Case No. 1:03-cr-00129-BLW<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT** |

　　　　IT IS HEREBY ORDERED that the Government's Motion to Dismiss (Dkt. 17) is **GRANTED**, the Indictment (Docket No. 1) is **DISMISSED**, and that the Bench Warrant is **QUASHED**.

DATED: September 18, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER**- 1